Complete Complaint
1 of 29

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEONARD MICHAEL SAVAGE

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

BALTIMORE CITY COMMUNITY COLLEGE, ET.AL,

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. __23 CV 1003__
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

(1)

## <u>Defendants Names</u>

1.) Baltimore City Community College, et. al.,

2.) Kurt L. Schmoke,

3.) Dr. Evelyn Garcia,

4.) Karen R. Titisky-Williams,

5.) Leik Hawkins,

6. Jane Doe,

3 of 29

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | LEONARD MICHAEL SAVAGE |
| Street Address | 3504 Lyndale Ave Apt. #2 |
| City and County | BALTIMORE |
| State and Zip Code | MARYLAND , 21213 |
| Telephone Number | |
| E-mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | BALTIMORE CITY Community College, ET.AL., |
| Job or Title (if known) | College |
| Street Address | 2901 LiBerty HEiGHTs Avenue |
| City and County | BALTIMORE |
| State and Zip Code | MARYLAND , 21215 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

    Name      Kurt L. Schmc

    Job or Title      Board of Trustees, Chairperson
    (if known)

    Street Address      2901 Liberty Heights Avenue

    City and County      Baltimore

    State and Zip Code      Maryland , 21215

    Telephone Number

    E-mail Address
    (if known)

Defendant No. 3

    Name      Evelyn Garcia

    Job or Title      Program Coordinator (legal Assistance
    (if known)      Program)...

    Street Address      2901 Liberty Heights Avenue

    City and County      Baltimore

    State and Zip Code      Maryland , 21215

    Telephone Number

    E-mail Address
    (if known)

Defendant No. 4

    Name      Karen R. Tilley-Williams

    Job or Title      Financial Aid Specialist
    (if known)

    Street Address      2901 Liberty Heights Avenue

    City and County      Baltimore

    State and Zip Code      Maryland , 21215

    Telephone Number

    E-mail Address
    (if known)

*(If there are more than four defendants, attach an additional page
providing the same information for each additional defendant.)*

<u>Defendants</u>

Continue:

5.) Defendant Name;        Leik Hawkins

   Title                   Financial Aid

   Street                  2901 Liberty Heights Avenue

   City                    Baltimore

   State                   Maryland,    21215

   Phone

   E-Mail


6.) Defendants Name;       Jane Doe

   Title                   Academic Advisor

   Street                  2901 Liberty Heights Avenue

   City                    Baltimore

   State                   Maryland,    21215

   Phone

   E-Mail

6 OF 29

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C §1983, 18 U.S.C §242, Fourteenth Amendment (§ Section) 1,2,3. Federal Elder Justice Act, BCCC Bylaws (Policies #1000, And Policy #2017 -- Additional Laws, ECT., Next Following Pages.. (#1 Thru #8)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

## INTRODUCTION

This is a Civil Rights Action Filed By Plaintiff, Leonard M. Savage whom been discriminated Because of his Race/Age and Being a Vulnerable Adult to, Abuse, Neglect, Financial Exploitation/Fraud Intend .. The named Defendants Actions were intentional and maliciously that created severe emotional distress .. Falls under classification of, "Class of One".

### Authority of Law and Bylaws
### Under Baltimore City Community College

1) 42 U.S.C. § section 1983 (part 1, 2, 3): The Civil Action For deprivation of Rights Act is to provide a private remedy for any Violations of Federal Law. Section 1983 states in pertinent part;

"Every person who under color of any statue, ordinance, Regulations, custom or usage of any state or territory or The District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other persons within the jurisdiction thereof to the deprivation of any Rights, privileges or immunities secured by the Constitution and Laws, shall be liable to the part injured in an action at law, suit in equity or other proper proceedings for Redress ..

2) 18 U.S.C. § section 242: Deprivation of Civil Rights, under Color of Law: This Federal Statue could be Applied in several Circumstances Accordingly ..

SECTION § 242 STATES IN PERTIENT PART;

WHOEVER, UNDER COLOR OF LAW, STATUE, ORDINANCE, REGULATION, OR CUSTOM, WILLFULLY SUBJECT ANY PERSON IN ANY STATE, TERRITORY, COMMONWEALTH OR DISTRICT OF COLUMBIA TO DEPRIVATION OF ANY RIGHTS, PRIVILEGES, OR COMMUNITY OR LAWS OF THE UNITED STATES, OR TO DIFFERENT PUNISHMENTS, PAIN, OR PENALTIES, ON ACCOUNT OF SUCH PERSON(S) BEING AN ALIEN, OR BY REASON OF HIS RACE/ AGE"..

3.) FOURTEENTH AMENDMENT, SECTION 1, 2, 3 TO THE UNITED STATES CONSTITUTION:

SECTION 1, 2, 3 OF THE FOURTEENTH AMENDMENT, STATES IN PERTIENT PART;

"ALL PERSONS BORN OR NATURALIZED IN THE UNITED STATES, AND SUBJECT TO THE JURISDICTION THEREOF, ARE CITIZENS OF THE UNITED STATES AND STATE WHERE IN THEY RESIDE. NO STATE SHALL MAKE OR ENFORCE ANY LAW WHICH SHALL ABRIDGE THE PRIVILEGES OR ANY IMMUNITIES OF CITIZENS OF THE UNITED STATES; NOR SHALL ANY STATE DEPRIVE ANY PERSON OF LIFE, LIBERTY OR PROPERTY, WITHOUT DUE PROCESS OF LAW; NOR DENY TO ANY PERSON WITHIN ITS JURISDICTION THE EQUAL PROTECTION OF THE LAW".

4) Maryland Declaration / Constitution, Article 24, Due Process:

Article 24, Due Process Clause; which states in pertinent part;

"That no man ought to be taken or imprisoned or disseized of His freehold, Liberties or Privileges, or outlawed, or exiled or, in any matter, deprived of His Life, Liberty, or Property, But By The Judgment of His peers, or By The Law of The Land".

5) Federal Elders Justice Act (2010):

Initiated, Policies and Procedures; The Elders Justice Act Roadmap defines it as, physical, sexual, or psychological Abuse as well as Neglect, Abandonment, and Financial Exploitation of an Elder person by another person or "Entity" (BCCC), That occurs in any setting (e.g. Home, Community, or Facility (BCCC), either in a relationship where there is an expectation of Trust and/or when an Elder is Targeted Based on Age/Race or any disability".

6) Maryland Code Family Law §14-101 and §14-302:

State Statue in accord; of Abuse, Neglect, Vulnerable Adult or Financial Exploitation/Fraud Intent .. It is a crime to Neglect or Abuse, any Vulnerable Adult or Intentionally and Maliciously Inflict "Severe Emotional Distress" on any Vulnerable Adult".

Baltimore City Community College (Abbreviated BCCC)
By Laws; Policy And Procedures

<u>Note</u>: All By Laws (Policy And Procedures, CAN Be Found. (www.BCCC.edu)

<u>Legal Structure</u>:

BCCC is a public (Institution) of Higher Education, Authority By Maryland Statute To Operate as an Independent Unit of State Government Under TITLE 16, Subtitle 5 of Education Article, Annotated Code of Maryland.

The "Board of Trustees" is Authorized To Adopt (By Laws) Under § 16-505 (E)(1) of Education Article, Annotated Code of Maryland.

<u>Note</u>: LET IT Be Known That The Plaintiff is Only Listing A Few By Laws Violations THAT ARE THE MOST VITAL To THIS Complaint.

College Wide Fraud Policy
Policy No.# 1000

Topic/Issue: BCCC Fraud Policy ..

1.) The purpose of THIS policy is To specifically Address Fraudulent Acts. Fraudulent Activity of Any Kind, including for THE Benefits of BCCC, is expressly Forbidden. THIS policy ESTABLISHES THE procedures and responsibilities for Reporting And Resolving instances of "Known" or suspected Fraudulent Acts ..

Black Law Dictionary defines Fraud As;

"An intentional perversion of Truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to Him or to surrender a legal right. A false representation of a matter of fact, whether by words or by conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceives and is intended to deceive. Another so that He shall act upon it to His legal injury. Any kind of Artifice employed by one person to deceive another. -- Says It All !!

The Fraudulent Acts performed against Plaintiff by the Named defendants at the Financial Department was no less then "Psychological Abuse", that had a devastating effect on my Mental Health Disorders.

Policy #1000 language: 1.0 Fraud Policy;

9.) This policy establishes the procedures and responsibilities for reporting and resolving instances of known or suspected fraudulent acts. Enforcement of this Fraud policy is the responsibility of the entire College community, (Employees) in order to prevent, detect, report and resolve known or suspected incidents of fraud.

Non-Discrimination Policy
Policy No.# 2017

Topic/Issue:

Baltimore City Community College is committed to providing an inclusive and welcoming environment in which "Diversity" is a fundamental core value...

Background To Issue/Rationale Policy:

Baltimore City Community College seeks to foster positive human relations among all individuals and groups within its community, to develop positive and creative human relations programs and educational activities, and to eliminate all forms of discrimination...

Reviewing Exhibit #19 will give a list of State/Federal regulations, and other policies/requirements that the Board of Trustees listed to acknowledge authority of laws that must be follow...

Note: Again, Policy No.# 2017 and Policy No.# 2017(a), Approved by the "Board of Trustee": September 19, 2007...
Once Again -- 15 plus years old!

## Communication of Non-Discrimination Policy & Procedure

A.) The Executive Director of Human Resources and the Vice President for Student Affairs are responsible for disseminating the Non-Discrimination Policy and Complaint Procedures to BCCC Faculty, Staff, and Students. Vice President For Student Affairs will communicate the Non-discrimination policy in the Student "Handbook" and during "Orientation". New Hires will receive copies of the policy in their Employment Packet and will be included in their Orientation Program.

Note:

What needs to be emphasized and acknowledge is Two (2) Main Concerns:

First Concern -- As mentioned above, it states that Each New Student will received a "Student Handbook" and "Orientation Program" to attend. I was denied any information to such and denied any New Student Handbook, Why?

Second Concern -- As mentioned above, Each New Hires will receive copies of the policy (Non-discrimination policy for one) in their Employment Packet and will be included in their Orientation Classes. Surly without a doubt Each Employee has been Trained on Discrimination which all Defendants cannot allege they have not been Trained.

This is notice for the Court that it is well "Established Law" with knowledge to all Defendants for Accountability.

## Corpus Delecti

7.) Maryland Code Criminal Law § 3-604 And/or 3-605:

WHICH STATES in PART; Any ABuse, Neglect, FinancAl Exploitation ffraud intent, Vulnerable Abuse of A person of Trust . .

Note: Under Maryland's Statutory Laws, Any person who Violates Elders' Abuse Laws Could Be prosecuted As (ONE, MiSdemeanor) in THE second degree - - on conviction is punishable up To Five (5) years in prison And/or up To $5,000. in Fines . .

Additional Corpus Delecti:

8.) 42 U.S.C. § 1985, section 1: Conspiracies To Interfere with Civil Rights;

Section 1985, section 1; Accord with, Md. Code Crim. Law § 3-604 and 3-605;

This Statute is in more nature of Criminal Conduct then Civil, especially To the ActiST of intentional Fraud. Which, is The protection Against more then one(1) Conspiracies, Through intimidation, deceitfulness / Fraud, Abuse in general of An Elder person . .

15 OF 29

2.  The Defendant(s)

  a.  If the defendant is an individual

  The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or is a citizen of (foreign nation)* _____.

  b.  If the defendant is a corporation

  The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

  *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

  The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

(1) $200,000. (Two Hundred Thousand) Compensate damages for all the deceitfulness and psychological abuse that caused egregious emotional distress...

(2) Compensate damages of $68,950. (Sixty-eight Thousand, Nine Hundred) for fraud -- of approved FAFSA monies by the federal government.. (10x's the amount approved of $6,895. (Exhibit #6))...

(3) Punitive damages of $25,000. (Twenty-Five) upon each named defendant acting in concert to intentionally cause financial hardship and egregious emotional distress... Total of $150,000. (Hundred Fifty Thousand)...

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

COUNT: 1.) Defendant, Baltimore City Community College;
(Abbreviation as "BCCC")

Defendant BCCC is at all times the Employer of all Named Defendants. BCCC are souly responsible, directly or indirectly for all BCCC employee's "Tortious Actions" that resulted in Plaintiffs' injuries.

This complaint arises from Employees who acted under the "color of Law" with willful and wanton intentions to deny Plaintiff his fundment Rights seeking a Higher Education. The Named Defendants denied him substantive Equal Protection that at all times was afforded to All African American students. Plaintiff at all times been denied substantive-due Process By All Named Defendants. Since day one, starting with Defendant Jane Doe (Academic Advisor) who intentionally denied him any / all proper information required to All New Students, such as, (Exhibit #14) - "New Student Orientation Policy" Not #6005), "New Student Hand Book".

Defendant BCCC failed to implement and update All Federal and State Laws, BCCC is souly responsible for the majority of the "Bylaws, policies, procedures" 15 to 20 plus years out of date.

Defendant BCCC fail to implement any protection for all new Elders attending College. Failed to implement any Bylaws, policies and procedure under "Federal Elder Justice Act" (Passed 2010, 13 yr old Law --not forgetting the protection of Maryland Code, "Family Law §14-101 and §14-302"...

Count:    2) Defendant Kurt L. Schmoke, Chairperson Et Al,

Defendant Schmoke is the Chairperson of the "Board of Trustees" for BCCC. Defendant(s) Schmoke and (Board Members) at all relevant times, acting under color of law within the course and scope of their duties and responsibilities failed to implement any Bylaws, policies and procedures for protection for "New & Elderly Students", within the guidlines set forth under Both, Federal Elders Justice Act and Maryland Code, Family Law, §14-101 and §14-302 . Defendant Schmoke failed to update All Bylaws, policies and procedures to current laws of Today. The majority of the Bylaws are 15 to 20 plus years old, far from proper Standards of protection for BCCC Community.

The failure By Defendants Schmoke and Board of Trustees to their Dereliction of Duties directly or indirectly contributed to the discrimination and psychological abuse I endured through my whole semester.

The failures of Defendants Schmoke and "Board of Trustees" are in direct violation under the "Standards" set forth by the Middle States Commission on Higher Education — please review as few exhibits #15, 17, 18 and #79 for accountability. What is so alarming is the fact in March, 2021 MSCHE filed a compliance Accreditation Actions upon BCCC, and apparently there has been No corrections, it only seem to have gotten worst, not better!

I have been denied any Substantive Due Process, for one, I been denied any information about "New Student Orientation" (policy no. #6009), or a "New Student Handbook". The question at hand, who's Duty and responsible (Exhibit #14 and #18) Holds accountability?? Violation, Both, Substantive Due Process and Substantive Equal Protection .

- 6B -

COUNT:    3) DEFENDANT EVELYN GARCIA

DEFENDANT EVELYN GARCIA, "Legal Assistance-Program Coordinator", AT ALL TIMES RELEVANTLY ACTING UNDER THE color of LAW WITHIN THE COURSE AND SCOPE of HER duties AND RESPONSIBILITIES, (SEE EXHIBIT #18). DEFENDANT GARCIA FAILED TO EXERCISE HER dereliction of duties WITHIN THE scope of A "NEW STUDENT" By providing PROPER PROTOCOL, of A NEW PLA STUDENT. DEFENDANT JANE DOE WAS THROWN IN THE MIX INTERVIEWING MYSELF INSTEAD of protocol, RECEIVING MY FIRST INTERVIEW WITH AN (Academic Advisor) WHO does NOT HANDLE PLA NEW Students INTRODUCTION INTO BCCC. THE SOUL RESPONSIBILITY of PROPER dereliction of duties Is THE PLA PROGRAM COORDINATOR, THAT Is DEFENDANT GARCIA MAIN JOB, AS PROF. A. WALLACE STATED TO MYSELF ON OUR FIRST CONVERSATION ON THE phone FOR ALMOST ONE HOUR ON August 16, 2022. THAT Is WHY PROF. A. WALLACE EMAILED DEFENDANT GARCIA (SEE EXHIBIT #4) AND NOT 1 DEFENDANT JANE DOE, AND WHAT RESPONSE did DEFENDANT GARCIA MAKE UP, (SEE EXHIBIT #4A). INTENTIONALLY MAKING SURE I WAS deceived (AND holding THIS ALLEGED Academic ADVISOR AS protocol AS DEFENDANT JANE DOE duties AND RESPONSIBILITIES, WHEN All ALONG THE duties AND RESPONSIBILITIES Is THE "PLA NEW STUDENT PROGRAM COORDINATOR-- DEFENDANT GARCIA. THE FACT REMAINS Is WHO did PROF. A. WALLACE EMAIL IN direct RESPONSE TO MY Help EMAIL ON August 29, 2022? (SEE EXHIBIT #4). REVIEWING (EXHIBIT #4c) PLAINTIFF INFORMING PROF. A. WALLACE THAT, DEFENDANT JANE DOE HAD NO KNOWLEDGE TO ANY "CERTIFICATE COURSE", Its BECAUSE DEFENDANT JANE DOE does NOT do "NEW PLA STUDENTS.. PLUS, (EXHIBIT #4c) WAS NOT SENT TO DEFENDANT GARCIA AS ALLEGED ON SEPTEMBER 8, 2022 -- MY Help EMAIL WAS SENT TO PROF. A. WALLACE ON August 29, 2022 -- THE WRONGFUL ACTIONS of THE DEFENDANT GARCIA Is ONLY THE Beginning OF A COVER-UP..

- 6B5

PLAINTIFF'S FIRST Help email sent to Prof. A. WALLACE was on August 25, 2022, (see EXHIBIT #3).

DEFENDANT GARCIA Held Her FIRST INTERVIEW with VITAL (information SHARING) with PLAINTIFF on December 6, 2022, (LAST week of THE SEMESTER) (instead of THE Beginning of THE SEMESTER (AS required of Her duties And responsibilities As protocol demands) -- THE document I was provided (EXHIBIT #13) is THE VITAL document I was suppose To receive Before SEMESTER so PLAINTIFF CAN made MAJOR decision on "STATE Aid FINANCIALLY, AND RESEARCHES Programs.. Violation of PLAINTIFF's "SUBSTANTIVE Due Process."

THE MAGNITUDE effect DEFENDANT GARCIA Had on my TRANSITION As A New "PLA New Student" into College As An 74 YEARS old WHITE person, was No More or less Then discrimination. DEFENDANT GARCIA denying myself All supportive information, such as, A "New Student HANDBook" denying PLAINTIFF Any information on "New Student ORIENTATION, Policy #6005) (see, EXHIBIT #14).. Not forgetting THE deceitful and psychological ABuse I Had To Endure AT THE Hands of DEFENDANT GARCIA, I am 74 YRS. old WITH (documentation And Records in Regards To my MENTAL HEALTH Disorders), THAT All defendants Has Been AWARE OF, since my FIRST day of College. THIS Alone should Fall Under, "Psychological TORTURE", WHAT Else could THIS Be CALLED??

DEFENDANT GARCIA is Held To THE Highest STANDING under Her Violation To THE, FEDERAL JUSTICE Act FOR ELDERS And MARYLAND's STATE Code, under THE GuideLines of FAMILY LAW -- MORE Then ANYTHING, FAILURE on "MANDATORY Reporting".. (see EXHIBIT #17 & 17A)..

— 6C. —

COUNT: 4.) DEFENDANT KAREN R. TILLEY-WILLIAMS

Defendant Karen R. Tilley-Williams is one of the Financial Aid Specialist at BCCC.

Defendant Williams at all times acting under the color of law within the course and scope of their (her) duties and responsibilities, (EXHIBIT #18), Defendant Williams Intentional actions is very obvious for the following reasons..

Forementioned in Plaintiff's Sworn Affidavit (EXHIBIT 1) plainly shows Defendant Williams discriminatory and deceitful accounts. Reviewing (EXHIBIT #9A and #9B) shows on December 13, 2022 E-mail sent personally to Defendant Williams, (who is Plaintiff's Assigned Financial Counselor), NOT the reply of email - (EXHIBIT #11) Defendant Hawkins.. The main factor of Email (EXHIBIT #9A and 9B) was to inform Defendant Williams to the fact that Plaintiff "UNAUTHORIZED TO VIEW HIS ACCOUNT INFORMATION".. (SEE EXHIBIT #8)

Note: Since day one, (completion of FAFSA Application on Sept. 12, 2022 (EXHIBIT #5 and #6) --duties and responsibilities from the Sept. 12, 2022 falls in the hands of Defendant Williams, NOT the deceitfulness of Defendant Hawkins. Furthermore, upon completion (EXHIBIT #6) I was informed by Defendant Hawkins that once my FAFSA monies is forward to my BCCC Account I would be contacted by my Assigned Financial Aid Counselor. Throughout the whole semester I have been unable to review my BCCC Account, still today March, 2022..

And Now Defendant Hawkins has the deceitful nerve to say what she said in Email (EXHIBIT #11). Defendant Williams willful and wanton actions is no less than discrimination and fraud/intent, substantive due process and equal protection..

COUNT: 5.) Defendant Leik Hawkins

Defendant Hawkins acting under the Color of Law within the course and scope of her duties and responsibilities, intentional and deliberately sham to defraud Plaintiff from receiving any FAFSA Aid. Defendant Hawkins intentionally hindered Plaintiff on 6 separate attempts from completing his FAFSA application. Plaintiff witness at first hand Defendant Hawkins personally helping "All" African-Americans filling out financial applications. Defendant Hawkins actions were discriminatory against helping white citizens. Plaintiff was denied any proper substantive Due Process filling out his FAFSA application, that should had taken only the most 2 hours, instead of numerous days and hours. Because of being a Vulnerable Elder of 74 yrs old I have been discriminated on purpose, with Fraud Intent on keeping all FAFSA federal Aid monies. Defendant Hawkins intentional actions against Plaintiff is unacceptable under the protection of the Elders Justice Act and same, under Maryland's statutes, Family Law on Discrimination and Fraud/Intent.

It is obvious that Defendant Hawkins hobb no fear of being held accountable for her discrimination by her deceitfulness reply to Email (Exhibit #9A and Exhibit #11)..

This is definitely a "Class of One" complaint in every category..
Not forgetting Violation to the Elders Justice Act..

- 6E. -

COUNT:  6.) Defendant Jane Doe

Defendant Jane Doe, (Alleged, Academic Advisor). The major purpose of an Academic Advisor is to provide a "New Student" with the opportunity to build a relationship with their Academic Advisor for the purposes of gaining assistance in planning their Educational Career, and learning how to access the variety of Academic Support Resources and Student Services available at BCCC. Defendant Jane Doe denied Plaintiff any information in regard to any/all available Resources to enhance my knowledge toward my goals. Defendant Jane Doe had no knowledge toward any "Legal Assistance Certificate Program", (As mentioned to Prof. Wallace in Plaintiff's Email (Exhibit #4c), Why, Because Defendant Jane Doe is not a PLA Program Coordinator as Defendant Garcia.

Defendant Jane Doe denied Plaintiff any "New Student Handbook'" or any information in regard to... "New Student Orientation Classes", under Policy No. # 6005.. Plaintiff has been denied his Substantive Due Process, Plaintiff was intentionally discriminated by race, a White Student..

In every account, Defendant Jane Doe violated Plaintiff's Protection under the Federal Justice Act and Maryland's Elder's Protection under Md. Code if Family Law.. Not Forgetting all violations under BCCC Bylaws, policies and procedures that must be followed..

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Wherefore, Plaintiff pleas for the following Relief THAT is completely fair and just...

Before the Court is a "Class of One" Complaint of discrimination, fraud and denied complete Due process of enrollment THAT is afforded to the African American New Students.

THE Plaintiff has a detrimental Mental Health Disorders with Suicidal Tendencies since his diagnosis of December, 1998. Plaintiff's Mental Health disorders is well documented with "Expert Testimony" THAT will be giving at a later date. Note: Plaintiff has Siblings who Shares THE SAME Mental Disorders. All THE Mental Torture Plaintiff Endure over (3) months was intentional and maliciously inflicted to cause severe emotional distress, That resulted in a lot of financial hardship and a lot of manic depression days and nights.

A List and Break down To THE Compensation damages and Punitive damages are listed on page #5 of this Complaint.

As forementioned, It is unbelievable that the Majority of BCCC Bylaws, policies and procedures are 15 to 20 plus years old, out of date to the Current Laws of Today. WHAT is even more bizarre There is NO BCCC Bylaws, policies and procedures for any protection for the Elderly to Attend college with Safeguards and protection, It's obvious as to THE fraud made Against myself.

Relief;

<u>Issue A declaratory Judgment Stating</u>:

1.) THAT defendants BCCC and Schmoke (including Board of Trustees) Failure To update All By laws, policy and procedures were Negligent in Their primary "Duties and Responsibilities".. THAT Defendants BCCC and Schmoke (Board of Trustee MEMBERS) were Negligent NOT HAving (NO) Bylaws, policy and procedures in place To protect All Elderly New Students .. BCCC, Schmoke And (Board Members) FAilures Violated Plaintiff's Constitutional Rights under The fourteenth Amendment, Due Process and Equal Protection Clause and Maryland Constitution, Article 24: Due Process ..

2.) THAT Defendants GARCIA, Williams, And Hawkins deliberately acting in concert To defraud (By deception) PLAintiff's Government Aid (FAFSA), withheld All monies Throughout The whole semester, Not Forgetting defrauding Plaintiff of His Refund .. Defendants GARCIA, williams And Hawkins Acted with Malicious intent, in turn, Violated Plaintiff's Constitutional Rights under THE FourteenTH Amendment, section 1, 2, 3, Due Process And Equal Protection Clause, (including Maryland Constitution, Article 24: Due Process ..

3.) THAT defendants Jane Doe deliberately acting in concert with other defendants To deny PLAintiff All relative information And resources given To All "New AFrican Americans Students", such As, New Students HAndBook, New Student Orientation Classes. Defendant Jane Doe wantonness Conduct Violated Plaintiff's Constitutional Right To THE FourteenTH Amendment, section 1, 2, 3 = Due Process And Equal Protection Clause, Also, Maryland Constitution, Article 24: Due Process ..

Relief;                     <u>Defendants Capacity</u>

1.) Defendant Baltimore City Community College is sued in their Official Capacity for all their employees Fraudulent and discrimination activities. Defendant BCCC failed to implement any Bylaws, policies and procedures to protect Elderly New students under Federal and State statues as litigated. Defendant BCCC is sued in their Official Capacity..

2.) Defendant <u>Schmoke</u>, (and Board of <u>Trustee Members</u>) were directly or indirectly negligent in their "Duties and Responsibilities" under "the Middle States Commission on Higher Education" (MSCHE) Standards, (see, Exhibit #19 page 8). Defendant Schmoke, (Board Members) were negligent not having all Bylaws, policies and procedures up to date in reflection to the current Federal and State statues, also negligent by NO protection for Elderly students under Todays Federal and State statues, (i.e., Exhibit #17). Defendant Schmoke, (and Board Members) are sued under their Official and Individual Capacity..

3.) Defendant <u>Garcia</u> had First hand knowledge and (at times did participate) into the Fraudulent and discriminatory activities performed against Plaintiff. Defendant Garcia is sued in her Official and Individual Capacity..

4.) Defendant Williams, working in concert with other defendants to deny Plaintiff His approved Federal Aid Monies (FAFSA). Defendant is Plaintiff's Financial Counselor since Sept. 12, 2022 (According to BCCC policies). Defendant Williams is sued in her Official and Individual Capacity..

Defendants Capacity Continue:

5.) Defendant Hawkins working in concert with other defendants to deny Plaintiff his approved federal Aid monies (FAFSA). Defendant Hawkins discriminated Plaintiff by making him make (6) separate trips to BCCC Financial Department to complete his FAFSA Application, while Plaintiff watch Defendant Hawkins personally assist All African Americans each (6) separate trips, then helping on the cover-up (see exhibit #11) Defendant Hawkins is sued in her official and individual capacity..

6.) Defendant Jane Doe working in concert with other defendants to deny Plaintiff his right to Full New Student's enrollment requirements. Plaintiff is holding back additional exhibits in regard to Defendant Jane Doe, who is sued in her individual capacity..

Note:

Plaintiff will be adding additional Defendants in Plaintiff's Amended Complaint (or) in a new separate §1983 Complaint, depending on Defendant's Answer and deceitfully Answer..

Note:

Plaintiff hereby make notice upon the court that, at the appropriate time, Plaintiff will be filing a more in depth his "Memorandum of Law" in regard to responsibilities and Accountabilities under the "Authority of Law" within Plaintiff's - - "Table of Contents" - -, (exhibit #9)..

27 of 29    Relief;

## Compensate Damages

1.) Two Hundred Thousand, ($200,000.) For All The Deceitfulness And psychological Abuse That caused Egregious Emotional distress and Becoming Manic depression..

2.) Sixty-Eight Thousand-Nine Hundred and Fifty, ($68,950.00) For defrauding Plaintiff out of His Approved Government Aid Monie (FARSA), punishment And deterrence For Future White Students And All Elderly Citizens should Be 10X's The Amount Approved @ Exhibit #6..

## Punitive Damages

3.) Twenty-Five Thousand ($25,000) upon Defendants BCCC, Schmoke, Garcia, Williams, Hawkins, And Jane Doe Acting in concert to intentionally discriminate And fraud Plaintiff causing Extrem Egregious Emotional distress..

4.) Each named defendant Should Be determinated immediately from Their employment And Banned From Any other "Public Trust" employment..

## Additional Relief Requested

5.) For The protection of present day Students And More so for All New Students --

Plaintiff Humbly Request An investigation And An Audit into All

28 of 29   Relief:

Finanical Aid monies (FAFSA) and not limited to any/all Federal and State (Tax payers) monies to ensure no other fraudlent activities. Plaintiff request a Federal Monitor who is not related to any of BCCC employees.

6.) Plaintiff respectfully request a Federal/Monitor to review all Bylaws, policies and procedures and "Assist" BCCC Board of Trustee members to ensure that all Bylaws, policies and procedures are up to date with today current laws, to ensure the safty of "All" BCCC community. Not forgetting, to add Bylaws, policies and procedures under Federal Elder Justice Act, (2010) Also Maryland Code, Family laws for Elders.. The Bylaws will reflect and ensure the safety and decency Elders deserve.. (Exhibit #17)

Plaintiff respectfully request a "Jury Trial" for the purpose of Public Knowledge..

Prayer Closing

Reviewing Exhibit #1, and #4c. shows that, This is my dream to go to College and take the P.L.A course, not forgetting that, it was also my Mother's dream to have one of her Children to attend College. My dream was taking from me. What kind of Compensation is there to over come what was taken, from all the hands of BCCC Empolyees ?? My Education..

Leonard M. Savage
Leonard M. Savage, Plaintiff

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _MARCH 26_, 20_23_.

Signature of Plaintiff   _Leonard M. Savage_
Printed Name of Plaintiff   _Leonard M. SAVAGE_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.   For Attorneys

Date of signing: _____, 20___.

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
Telephone Number   _____
Email Address   _____